IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-91-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ARON LAMAR SEARCY, | ) | |
| | ) | |
| Defendant. | ) | |

On April 16, 2014, Aron Lamar Searcy ("Searcy") filed a motion to seal his supplemental

sentencing memorandum at docket entry number 52. See [D.E. 53]. The supplemental sentencing

memorandum contains legal arguments about documents that are North Carolina public records.

See [D.E. 52]. To the extent that the documents (such as the indictments) discuss a victim's identity,

the identity is a matter of public record. See [D.E. 52-1–52-5].

The court has carefully weighed the interests advanced in Searcy's motion to seal and those

interests favoring public access to judicial documents and records. See, e.g., Doe v. Public Citizen,

No. 12-2209, 2014 WL 1465728, at *14–17 (4th Cir. Apr. 16, 2014). The motion to seal [D.E. 53]

is DENIED.

SO ORDERED. This **30** day of April 2014.

JAMES C. DEVER III
Chief United States District Judge