IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CR-91-1D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ARON LAMAR SEARCY | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on March 29, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), based upon the defendant pleading guilty to 18 U.S.C. §§ 922(g)(1) and 924, and agreeing to the forfeiture of the property listed in the March 29, 2014 Preliminary Order of Forfeiture, to wit: a Kel Rec .380 caliber semi-automatic handgun, model P3AT, Serial Number H1934, and any and all accompanying ammunition;

AND WHEREAS, in accordance with Supplemental Rule G(4)((i)(A), the Government has provided direct notice to any potential claimant, if any has been identified.

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the properties described in this Court's March 29, 2014 Preliminary Order of Forfeiture;

1

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the property described in this Court's March 29, 2014 Preliminary Order of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the property listed in the March 29, 2014 Preliminary Order of Forfeiture is hereby forfeited to the United States, to wit: a Kel Rec .380 caliber semi-automatic handgun, model P3AT, Serial Number H1934, and any and all accompanying ammunition.

2. That the United States Department of Justice or the United States Department of Treasury is directed to dispose of the remaining property according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this __15__ day of July 2014.

JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE

2